UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Joseph Brooks Hudson**                                          **Docket No. 5:15-CR-71-1D**

**Petition for Action on Supervised Release**

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Brooks Hudson, who, upon an earlier plea of guilty to Hobbs Act Robbery and Aiding and Abetting, in violation of 18 U.S.C. § 1951 and 18 U.S.C. § 2, and Possession of a Firearm in Furtherance of a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. § 924(c), 18 U.S.C. § 924(c)(1)(A)(i), and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 21, 2016, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Joseph Brooks Hudson was released from custody on February 28, 2020, at which time the term of supervised release commenced.

On March 9, 2020, the court was notified via Violation Report, that the defendant tested positive for marijuana on March 5, 2020, and admitted to using marijuana and suboxone, since his release from Bureau of Prisons custody. It was recommended that supervision be continued, and the defendant be allowed to participate in outpatient substance abuse treatment.

On March 17, 2020, the court agreed to make mental health treatment a condition of the defendant's supervision. The mental health treatment condition recommendation was based on a substance abuse assessment completed by the defendant which recommended mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 25, 2020, the defendant was charged with Driving While Intoxicated (20CR 53603) and Following Too Closely (20IF 704026), in Johnston County, North Carolina. The defendant contacted this officer on July 27, 2020 and admitted to committing the above-mentioned charges. As a punitive sanction for his behavior the defendant agreed to complete 24 hours of community service. Furthermore, the defendant will continue participating substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Joseph Brooks Hudson
Docket No. 5:15-CR-71-1D
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Michael Torres
Michael Torres
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 9103542534
Executed On: July 29, 2020

### ORDER OF THE COURT

Considered and ordered this __8__ day of __September__, 2020, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge